CAMERON ESTATES, INC., Respondent, *v.* GEORGE T. DEERING et al., Defendants, and MARY STEGMAIER et al., Appellants.

Submitted November 16, 1953; decided November 20, 1953.

*Clarence F. Corner* and *Frederick Weisbrod* for motion. *Joseph T. Losee* opposed.

Motion denied, with $10 costs.